**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2797

_____

Robert J. Jones,                            *
                                            *
            Appellant,                      *
                                            *
      v.                                    *
                                            *
Jack Helin, City Administrator, City        *   Appeal from the United States
Hall, Central City, NE; Cal Lepp,           *   District Court for the
Mayor, Central City, NE; Dennis             *   District of Nebraska.
Wagner, Chief of Police, Central City,      *
NE; Cliff Mesner, City Attorney,            *   **[UNPUBLISHED]**
Central City, NE; City of Central City,     *
City Council; Unknown Does, 1 to 99,        *
                                            *
            Appellees.                      *

_____

Submitted: January 7, 1998
Filed: January 12, 1998

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

      Robert J. Jones appeals from the district court's[1]
dismissal of his complaint under Federal Rule of Civil

_____

[1]The HONORABLE RICHARD G. KOPF, United States District Judge for the
District of Nebraska.

Procedure 12(b)(1).  After careful review of the record and the

parties' briefs, we affirm for the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.


Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.